■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER WEBB, Appellant. [995 NYS2d 681]—Application by

the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 25, 2006 (*People v Webb*, 31 AD3d 796 [2006]), affirming a judgment of the Supreme Court, Kings County, rendered March 8, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Dillon, Austin and Sgroi, JJ., concur.